===============================================================================

***** UNITED STATES DISTRICT COURT *****

__*NORTHERN*__  DISTRICT OF __*NEW YORK*__

**JUDGMENT IN A CIVIL CASE**

DOCKET NO.   1:07cv722 (GLS/DRH)

**H. WILLIAM VAN ALLEN,**

        **Plaintiff(s),**

    v.

**ANDREW CUOMO, et al.,**

        **Defendant(s),**

____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**x** **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the SUMMARY MEMORANDUM-DECISION & ORDER signed by Judge Gary L. Sharpe on 7/19/07, Van Allen's application for a TRO is DENIED and the complaint DISMISSED in its entirety.

DATE: July 19, 2007

_(signature)_
Clerk of Court

By: s/WILLIAM J. GRIFFIN
       DEPUTY CLERK

Dockets.Justia.com