=================================================================================

* * * * * UNITED STATES DISTRICT COURT * * * * *

_NORTHERN_ DISTRICT OF _NEW YORK_

### JUDGMENT IN A CIVIL CASE
DOCKET NO.    1:07cv722 (GLS/DRH)

H. WILLIAM VAN ALLEN,

        **Plaintiff(s),**

    v.

ANDREW CUOMO, et al.,

        **Defendant(s),**

_____  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__x__  **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the SUMMARY MEMORANDUM-DECISION & ORDER signed by Judge Gary L. Sharpe on 7/19/07, Van Allen's application for a TRO is DENIED and the complaint DISMISSED in its entirety.

DATE: **July 19, 2007**

*[signature]*
Clerk of Court

By: s/WILLIAM J. GRIFFIN
    DEPUTY CLERK